DESSI WILLIAMS, Appellant, *v.* MERVIN K. ALEXANDER, Respondent.

Submitted April 11, 1955; decided April 14, 1955.

*Albert Martin Cohen* for motion.
*Joseph F. O'Brien* opposed.

Motion granted and Albert Martin Cohen, Esq., 16 Court Street, Brooklyn, New York, assigned as counsel to plaintiff on the appeal herein.